**Aaron Little FRENCH, Plaintiff–Appellant,**

v.

**ALLEGANY COUNTY; Scott Oakley, Inmate Grievance; Office Director; Michael Stouffer, Doc Commissioner; Bobby Shearin, Warden; John Galley; Officer Sutherland; Officer Metty; Officer Ickes; Officer Lambert; Sergeant Thomas; Officer Mawhinney; Mary Jane Rose; Mailroom Supervisor; Officer Meager, Defendants–Appellees.**

No. 13–7791.

United States Court of Appeals, Fourth Circuit.

Submitted: April 24, 2014.

Decided: April 28, 2014.

Aaron Little French, Appellant Pro Se. Rodger Owen Robertson, Law Office of Joseph M. Jagielski, Baltimore, Maryland; Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aaron Little French appeals the district court's order denying relief on his motion to reconsider the court's earlier orders

dismissing the claims raised in his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *French v. Allegany Cnty.*, No. 1:11–cv–02600–CCB (D.Md. Oct. 16, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*